**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 119087
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**



| | |
|---|---|
| Cassandra Gracius, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Aldous & Associates, PLLC,<br><br>Defendant. | Docket No: 2:20-cv-00268-DAK-JCB |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: July 7, 2020

                                                **BARSHAY SANDERS, PLLC**

                                                By: ___/s *Craig B. Sanders*___
                                                Craig B. Sanders
                                                100 Garden City Plaza, Suite 500
                                                Garden City, New York 11530
                                                Tel. (516) 203-7600
                                                Email: *ConsumerRights@BarshaySanders.com*
                                                Our File No: 119087
                                                *Attorneys for Plaintiff*